NELLIE C. RILEY, Appellant, *v.* CARRIE ROBINSON, Defendant, and AUGUSTUS R. HOEFER, Respondent.

*Riley* v. *Robinson*, 128 App. Div. 178, affirmed.
(Argued April 5, 1911; decided April 25, 1911.

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 5, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to determine title to real property.

*Andrew F. Van Thun, Jr., Henry P. Burr* and *Edward F. Riley* for appellant.

*Albert C. Aubery* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.